

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2022

No. 04-22-00261-CR

Jose Manuel **VILLAGRAN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR3653B
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Appellant's brief was originally due November 14, 2022. We granted appellant's first motion for extension of time, extending the deadline for filing the brief to December 14, 2022. On December 22, 2022, appellant filed a motion requesting an additional extension of time to file the brief until January 13, 2023, for a total extension of 60 days. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by January 13, 2023**. Further requests for extension of time will be disfavored.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court